**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

GEORGE STEINMETZ                           :

                        :

                        :

                   **Plaintiff,**    :          **23-cv-5489 (ALC)**

                        :

       -against-              :          <u>**ORDER**</u>

                        :

EMPIRE LIMOUSINE LLC and DOES 1-10,  :
                 **Defendants.**  :

                        :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff is directed to file a motion for default judgment by **November 13, 2023.**

**SO ORDERED.**

**Dated:**    **October 12, 2023**
             **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**