**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GEORGE STEINMETZ,

                Plaintiff,

                                                                                       23 **CIVIL** 5489 (ALC)

            -against-                                            **DEFAULT JUDGMENT**

EMPIRE LIMOUSINE LLC and DOES 1-10,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 29, 2024, Plaintiff's motion for default judgment is **GRANTED.** Steinmetz is awarded statutory damages in the amount of $75,000 per infringed work, plus $25,000 for the removal of Plaintiff's copyright management information, for a total of $100,000. The Court has awarded attorneys' fees in the amount of $6,315.00, and reasonable costs and expenses in the amount of $491.00**;** accordingly, the case is closed.

**DATED**: New York, New York
             September 30, 2024

                                                    **DANIEL ORTIZ**
                                                    _____
                                                    **Acting Clerk of Court**

                                            *K. Mango*
                          **BY:**  _____
                                              **Deputy Clerk**